# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2024-1980
LT Case No. 05-2022-CA-50513
_____

DAVID TAYLOR and NICOLETTA
CICCARONE,

    Appellants,

    v.

CITIZENS PROPERTY INSURANCE
CORPORATION,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
D. Curtis Jacobus, Judge.

Matthew Struble, of StrubleCohen, Indialantic, for Appellants.

C. Ryan Jones, of Traub Lieberman Straus & Shrewsberry LLP,
St. Petersburg, for Appellee.

February 5, 2026

PER CURIAM.

    AFFIRMED.

HARRIS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____